RECEIVED

DEC 3 0 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

Nashville Division

| | |
|---|---|
| Kendell K. Link <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Sumner County Jail Administration; Turn Key Health Clinics, LLC <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Kendell K. Link

All other names by which you have been known:

ID Number    37721

Current Institution    Sumner County Jail

Address    117 West Smith St.

Gallatin     TN     37066
*City*     *State*     *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Turn Key Health Clinics, LLC.

Job or Title *(if known)*

Shield Number

Employer

Address    900 NW 12th St.

Oklahoma City     OK     73106
*City*     *State*     *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    Sumner County Jail Administration

Job or Title *(if known)*    Administrator, Assistant Administrators, Captain

Shield Number

Employer    Sumner County Sheriff's Department

Address    117 West Smith St.

Gallatin     TN     37066
*City*     *State*     *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity  ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Tenn. Code 41-4-115

Tenn. Code 41-1-408

Tenn. Code 41-21-204

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendents assessed my medical condition and were fully aware of my medical needs. Defendents only provided the bare minimum of recommended treatments, and often less than that. Despite my worsening condition and multiple re-examinations, defendants refused to provide the necessary treatment, even after doctor and nurse recommendations.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Nov. 19, 2024 — booked into Sumner County Jail. Jail medical staff (Turn Key) was provided with my medical records and status. Negligence and refusal of recommended and required medical care began immediately and has been continuous. March 27, 2025— emergency amputation performed at outside facility (Sumner County Regional Hospital)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

October 25, 2024 — original injuries sustained, treated at hospital E.R.
November 19, 2024 — booked into Sumner County Jail, medical negligence began.
March 27, 2025 — emergency amputation performed after months of negligence.

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was booked into Sumner County Jail with stab wounds and a broken bone, which were being treated at Vanderbilt Hospital. The jail's medical staff, employees of Turn Key, were provided with my medical requirements, but did not comply with them. They failed to recognize my broken bone, and did not adequately treat my wounds, which allowed infection to set in. Infection was not taken seriously and was allowed to progress until emergency amputation was required. The jail's entire medical staff and most correctional officers knew of my situation, as well as the administrators.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My left leg's wounds and broken bones were neglected, allowed to become infected, and left to regress and worsen to the point that an emergency amputation had to be performed. Despite multiple ongoing complaints and grievances, the infection was never adequately addressed. I am now missing my leg from above the knee and permanently confined to a wheelchair. Turn Key is now refusing to advance my medical care and provide the prosthetic limb that I was guaranteed.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek to have my medical care followed through to completion, including but not limited to the provision of a prosthetic limb and physical therapy. I seek sufficient punitive actions against Turn Key providers and their local staff at Sumner County Jail such that they will be prevented from inflicting any harm or negligence to any other persons. I seek $250,000.00 financial compensation for the estimated life-long medical expenses, rehabilitation, and as compensation for pain and suffering, required for my permanent injury and disfigurement.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Sumner County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Requests for treatment of infection, requests for progress of prosthetic limb, Requests for urgent outside care, appeals for refusal of care

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

From the designated computer kiosks in my jail pod, and by using the medical care provider's "Sick Call" forms

2.  What did you claim in your grievance?

My health conditions were worsening and being ignored by the medical staff; the staff was negligent and refused/ignored my claims repeatedly

3.  What was the result, if any?

None; no discernible change or improvement in the quality of care

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I fully exhausted the jail's grievance processes. I submitted several "sick call" forms and repeatedly spoke to the nursing staff. I wrote letters to the main offices of the medical provider, the jail staff administrators, and the governor of Tennessee, Bill Lee, and to my hospital doctor.

F.    If you did not file a grievance:

1    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The jail's nursing staff and my medical doctor/surgeon have all made recommend-ations for advancing my medical care. These were also ignored or dismissed. See attached documents for exhibits of refusal of care for me and other inmates.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Kendell Link
c/o Sumner County Jail
117 West Smith St.
Gallatin, TN 37066

Rough Draft 10-04-25

Governor's Office, Mr. Bill Lee

Governor State Capitol, 1st Floor

600 Dr. Martin L. King Jr. Blvd.

Nashille, TN 37243

To Gov. Bill Lee and all whom it may concern,

My name is Kendell Link. I am writing to you, on behalf of all here at Sumner County Jail in Gallatin, TN, to bring your attention to the conditions here at the facility. We have exhausted other grievance systems and paths of recourse, and are hoping that you and your administration will be successful in resolving the problems which I will now summarize, with a note that this summary is by no means the full extent of all that is occurring.

The majority of the issues here can be traced back to a lack of medical care. As a direct result of negligence and/or refusal of physical and mental health care, there has been multiple severe medical events, amputations, suicides, and more. I am one of the amputees, and will share more details about my case in a moment. As for the plethora of other cases, I can share that my pod alone, one of several in the facility, has seen another amputation and two suicides in recent time, all of which were avoidable and preventable with even the lowest level of adequate medical care by any reasonable ~~standards~~ standards. The mental health care here consists almost exclusively of only one response to any at-risk inmates: confine them to a movement-restricting suit, place them in solitary confinement, and strip them of all access to communication and their items, thereby making their situation exponentially worse, while offering virtually no therapy or similar services. They are kept like this until they "admit" that they're "okay", essentially forcing them into compliance without any help. The physical health care is severely and often dangerously restricted, usually limited to basic over-the-counter medications. Serious conditions, such as infections, are left untreated until they

reach the point of requiring far more drastic care measures. This is what caused my amputation. Other serious conditions, such as broken bones and softball-sized hernias, are dismissed and/or ignored outright. This unacceptable level of care has persisted through multiple different medical provider contracts, with the current contractor being Turnkey Correctional Health Services. Most of the refusal and negligence comes from the local administrative level — particularly from decisions by a Nurse Sharon, whose last name we are not given, even when other nurses and doctors urge her to administer the recommended/prescribed treatments and are baffled when she does not, and even when we have health insurance coverage. ⟵ (Nurse Sharon Harris ⟵ last name) after Link description below.

For my case, I was admitted with multiple stab wounds to my leg and a broken bone as a result of the stabbings. However, it was not until I was taken to a nearby hospital a significant time after my admission that the broken bone was discovered and confirmed, despite my ongoing complaints of crippling pain. Even after this, my denial of treatment options and many months of suffering, full exhaustion of all local grievance options, and infection that was not adequately addressed, I was once again allowed/forced to degenerate to such a state that I had to be taken to a hospital for emergency care once again, where they informed me that my leg could not be saved and had to be amputated. At this time, I was told by T.D.O.C. that I would be receiving a prosthetic limb to replace my lost leg, but now — several months later — the jail is still stalling and refusing to proceed with this, even against the direction of my hospital doctors. All of us have fully exhausted all grievance systems, still fighting for real solution. We are trying everything we can to have the conditions and issues addressed before any further loss of life and limb occur. We want those who are responsible for creating and enabling these problems to be held accountable for the damage and suffering they have caused. Please help us.

Blood Pressure, diet, 190/120's.

Thank you,

~~no~~ jail in address   Mikey's Psoriasis meds denied        K. Link

overcrowding, backed-up courts = long-term stays not equipped/supposed

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit,
   Plaintiff(s)    Kendall Link
   Defendant(s)    Keith Bean, Sonya Troutt, Michael Mitchell, Sumner County Jail

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court for the Middle District of Tennessee, Nashville Division

3. Docket or index number
   3:15-cv-00396

4. Name of Judge assigned to your case
   Todd Campbell

5. Approximate date of filing lawsuit
   April 14, 2015

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition    April 14, 2015

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12-17-25

Signature of Plaintiff           K. Link
Printed Name of Plaintiff        Kendell K. Link
Prison Identification #          37721
Prison Address                   117 West Smith St.
                                 Gallatin                    TN          37066
                                   *City*                   *State*      *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney            _____
Printed Name of Attorney         _____
Bar Number                       _____
Name of Law Firm                 _____
Address                          _____
                                   *City*         *State*       *Zip Code*
Telephone Number                 _____
E-mail Address                   _____

Kendell Link
117 West smith St.
Gallatin TN, 37066

RECEIVED

DEC 30 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN



UNITED STATES
OF AMERICA

FOREVER/USA

★ USA ★ FOREVER ★

Fred D. Thompson U.S.
court house and Federal
building 719 Church Street
Nashville, TN 37203



Mail sent from SUMNER COUNTY JAIL
is not inspected or censored. We are
not responsible for contents of this letter.

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019